FILED
CLERK, U.S. DISTRICT COURT

JUN - 6 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSHUN WHITE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>COLLEEN NOLL, Warden,<br><br>　　　　Respondent. | NO. CV 10-598-GAF(E)<br><br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this Petition is denied and dismissed with prejudice.

DATED: _____6/6_____, 2010.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GARY A. FEESS
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE